CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/15/2017

JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| TIMOTHY KENNEY, <br><br> *Plaintiff*, <br><br> v. <br><br> PALMER-STUART OIL CO., INC., D/B/A PRESTON AVENUE SHELL. <br><br> *Defendant.* | CASE NO. 3:17-cv-00053 <br><br> FINAL JUDGMENT <br><br> JUDGE NORMAN K. MOON |

In accordance with the accompanying memorandum opinion, Plaintiff's motion for attorney's fees and costs is **GRANTED**. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Final Judgment on the issue of attorney's fees and costs is **ENTERED** in favor of Plaintiff Timothy Kenney and against Defendant Palmer-Stuart Oil Company, Inc. d/b/a Preston Avenue Shell, in the amount of **$4,504.45**. Postjudgment interest pursuant to 28 U.S.C. § 1961 shall apply to the full amount of this Final Judgment.

Regarding the previous Memorandum Opinion and Judgment (dkts. 12, 13) entered by Judge Glen E. Conrad applying prejudgment interest at the annual rate of 6% to an award of $1,115.00 for Count II, such prejudgment interest on that amount is deemed to have begun accruing on July 28, 2017.

The Clerk of the Court is directed to send a copy of this Final Judgment and the accompanying memorandum opinion on attorney's fees to counsel of record.

Entered on this   15th   day of December, 2017.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE